**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Alexander CARTAGENA, Petitioner**

**No. 206 EAL 2017**

Supreme Court of Pennsylvania.

August 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dale Michael WAKEFIELD, Petitioner**

**No. 257 MAL 2017**

Supreme Court of Pennsylvania.

August 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**IN RE: ADOPTION OF: G.F., a Minor**

**Petition of: P.F., Father**

**In re: Adoption of: G.F., a Minor**

**Petition of: P.F., Father**

**No. 402 MAL 2017**
**No. 403 MAL 2017**

Supreme Court of Pennsylvania.

August 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.